*J. I. Sayles,* for appellant.

*A. H. Bailey,* for respondent.

TALCOTT, J.

---

### COOGAN v. MAYOR, ETC., OF NEW YORK.

*Practice — verdict subject to opinion of court at general term.*

On a trial at the circuit, the court directed a verdict for the plaintiffs, subject to the opinion of the court at general term, on a case. The court, at general term, set aside the verdict, upon the ground that plaintiff was not legally entitled to recover. Upon a motion for re-argument, *held* (following *Cobb* v. *Cornish,* 16 N. Y. 602), that this was simply a mistrial; that the proper course was for the general term to review the proceedings and order a new trial, but the former decision having accomplished the same end a re-argument should be denied.

MOTION for a re-argument in three actions against the same defendant, brought by James Coogan, James Brennan and Michael Dolan, for services as court officers. The court at circuit directed a verdict for plaintiffs, subject to the opinion of the court at general term. An argument was had in May, 1873, after which the verdicts at the circuit were set aside upon the ground that the plaintiffs were not legally appointed to the offices they claimed to hold. An abstract of the opinion at the general term upon that argument, will be found in 9 Alb. Law Jour. 143, *sub nom. Brennan* v. *Mayor of New York.*

*Franklin Bartlett,* for plaintiffs.

*D. J. Dean,* for defendant.

DAVIS, P. J.

The head-note fully states the point passed upon in the opinion, a publication of which in full is believed unnecessary.

*Motion denied.*